UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUA XUAN TROUNG (A-073-303-067),<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION CENTER, et al.,<br>Respondents. | No. 1:26-cv-7656 TLN CSK<br><br>ORDER |

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On September 21, 2026, petitioner filed his petition for writ of habeas corpus. (ECF No. 1.) On September 22, 2026, the district court referred this action to the assigned magistrate judge. (ECF No. 5.) On September 29, 2026, respondents filed a motion to dismiss. (ECF No. 8.) The motion to dismiss is pending before the court. (See Docket.)

On November 2, 2026, petitioner filed a notice of voluntary dismissal. (ECF No. 15.) Petitioner states that he voluntarily signed his deportation order and wishes to return to his country. (Id.) Pursuant to Fed. R. Civ. P. 41(a), petitioner's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: November 6, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Trou7656.imm.vol/2